■ In the Matter of CONTINENTAL ASSURANCE Co., Respondent, v MAYOR OF THE INCORPORATED VILLAGE OF LYNBROOK et al., Appellants.—In consolidated proceedings pursuant to Real

Property Tax Law article 7 to review assessments made on certain real property for the tax years 1976/1977 to 1980/1981 inclusive, the appeal is from an order and judgment (one paper) of the Supreme Court, Nassau County (McGinity, J.), entered February 6, 1986, which, *inter alia,* reduced the assessments.

Ordered that the order and judgment is affirmed, with costs.

The issues raised on this appeal were fully determined on the prior appeal in this case *(Matter of Continental Assur. Co. v Mayor of Inc. Vil. of Lynbrook,* 113 AD2d 795, *appeal dismissed* 66 NY2d 915), and appellants concede that the order and judgment appealed from "was rendered pursuant to and in compliance with [the] mandate" of this court. Thompson, J. P., Niehoff, Kunzeman and Harwood, JJ., concur.